UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| VIVIAN JANET BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-209-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGIL ROWLETTE, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. To the extent that Bowman is asserting a claim pursuant to Title VII of the Civil Rights Act of 1964, that claim is **DISMISSED** with prejudice. Judgment is entered in favor of the defendant with respect to such claim.

2. To the extent that Bowman is asserting any other claims, including state law claims, those claims are **DISMISSED** without prejudice.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: May 14, 2019.



Signed By:
*Danny C. Reeves*
United States District Judge